**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JEFF KLUEH** and **JAKE CAMPBELL,** individually, and on behalf of all other similarly situated Illinois residents, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 1:19-cv-00249 |
| **PAUL VALLAS FOR ALL CHICAGO,** and **LINK2TEK, LLC**. ) ) ) | Judge Martha M. Pacold Magistrate Judge Susan E. Cox |
| Defendants. ) | |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the named Plaintiffs' voluntary dismissal of all their claims against Defendant **Paul Vallas For All Chicago** in the above-captioned matter, without prejudice and in their individual capacities. The Parties shall bear their own attorneys' fees and costs.

*Counsel for Plaintiffs and the putative class,*

*/s/ James C. Vlahakis*
James C. Vlahakis
Sulaiman Law Group, Ltd
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
(630) 581-5456
jvlahakis@sulaimanlaw.com

*Counsel for Defendants*

*/s/ Adam Bower* (with consent)
Adam Bower
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
202.857.6126
adam.bowser@arentfox.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ James C. Vlahakis*
James C. Vlahakis
Sulaiman Law Group, Ltd
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
(630) 581-5456
jvlahakis@sulaimanlaw.com