IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JEFF KLUEH** and **JAKE CAMPBELL**, individually, and on behalf of all other similarly situated Illinois residents, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 1:19-cv-00249 |
| **PAUL VALLAS FOR ALL CHICAGO**, and **LINK2TEK, LLC**. | ) ) ) | Judge Martha M. Pacold Magistrate Judge Susan E. Cox |
| Defendants. | ) ) | |

**JOINT STATUS REPORT AND STIPULATION OF DISMISSAL**

As directed by the Court in its December 14, 2020 Minute Order (ECF No. 70), the Parties provide notice that the Supreme Court has issued its decision in *Facebook, Inc. v. Duguid*, 141 S. Ct. 1163 (2021).

In light of this decision and after discovery into Defendant Link2Tek, LLC's text messaging platform at issue in this case, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the named Plaintiffs' voluntary dismissal of all their claims against Defendant **Link2Tek, LLC** – the only remaining defendant – in the above-captioned matter, without prejudice and in their individual capacities. The Parties shall bear their own attorneys' fees and costs.

Dated: April 12, 2021

Respectfully submitted,

*Counsel for Plaintiffs and the putative class,*

*/s/ James C. Vlahakis*
James C. Vlahakis
Sulaiman Law Group, Ltd
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
(630) 581-5456
jvlahakis@sulaimanlaw.com


*Counsel for Defendants*

*/s/ Adam Bower* (with consent)
Adam Bower
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
202.857.6126
adam.bowser@arentfox.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 12, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ James C. Vlahakis*
James C. Vlahakis
Sulaiman Law Group, Ltd
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
(630) 581-5456
jvlahakis@sulaimanlaw.com