# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jeff Klueh, et al.

                    Plaintiff,

v.                                           Case No.: 1:19–cv–00249
                                                           Honorable Martha M. Pacold

Paul Vallas for All Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 12, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: All claims against defendant Link2tek, LLC are hereby dismissed without prejudice and each party shall bear their own attorneys' fees and costs pursuant to the Joint Status Report and Stipulation of Dismissal [73] filed by the parties on 4/12/201.Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.